No. 77–1802. Arms et ux. *v.* Watson et al. Sup. Ct. Minn. Certiorari denied.

No. 77–1803. Division of Beverage, Department of Business Regulation of Florida *v.* Bonanni Ship Supply, Inc. Sup. Ct. Fla. Certiorari denied.

No. 77–1804. Thomson *v.* Onstad, Sheriff, et al. C. A. 9th Cir. Certiorari denied.

No. 77–1805. LeGrand *v.* New York. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.

No. 77–1807. Burgio *v.* United States. C. A. 2d Cir. Certiorari denied.

No. 77–1808. General Insurance Company of America *v.* Oklahoma City Housing Authority et al. C. A. 10th Cir. Certiorari denied.

No. 77–1811. Allied Fidelity Corp. *v.* Commissioner of Internal Revenue. C. A. 7th Cir. Certiorari denied.

No. 77–1812. Shuffman, Executrix *v.* Hartford Textile Corp. et al. C. A. 2d Cir. Certiorari denied.

No. 77–1813. Von Luetzow *v.* Alexander, Secretary of the Army, et al. C. A. 4th Cir. Certiorari denied.

No. 77–1814. Pennsylvania *v.* Smith. Super. Ct. Pa. Certiorari denied.

No. 77–1815. Payne et al. *v.* Travenol Laboratories, Inc., et al. C. A. 5th Cir. Certiorari denied.